WENDY MEDURA KRINCEK, ESQ.,
Nevada Bar # 6417
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
wkrincek@littler.com

JOSH M. REID
City Attorney
Nevada Bar No. 7497
KRISTINA E. GILMORE
Assistant City Attorney
Nevada Bar No. 11564
CITY OF HENDERSON
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1239
(702) 267-1201 Facsimile
Kristina.Gilmore@cityofhenderson.com

Attorneys for Defendant
City of Henderson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY DUNSWORTH-HAMPTON,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON,<br><br>        Defendant. | Case No. 2:15-cv-02192-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, Tiffany Dunsworth-Hampton and Defendant, City of Henderson, by and through their respective counsel of record, hereby stipulate and respectfully request an

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1  order dismissing the entire action with prejudice.  Each party shall bear its own costs and
2  fees for the claims dismissed by this Stipulation and Order.
3  Dated: August 11, 2016                              Dated: August 11, 2016
4  Respectfully submitted,                             Respectfully submitted,

6  /s/ Sigal Chattah
   SIGAL CHATTAH, ESQ.                                 KRISTINA E. GILMORE
7  CHATTAH LAW GROUP                                   JOSH M. REID
                                                       CITY OF HENDERSON
8  Attorneys for Plaintiff
   TIFFANY DUNSWORTH-HAMPTON                           WENDY MEDURA KRINCEK, ESQ.
9                                                      LITTLER MENDELSON, P.C.

10                                                     Attorneys for Defendant
11                                                     CITY OF HENDERSON

14                                                     **IT IS SO ORDERED.**
15                                                     Dated this ___11th___ day of August, 2016.

17                                                     _____
                                                       UNITED STATES DISTRICT JUDGE

27  Firmwide:141894809.1 080828.1006

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702 862 8800